NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JON C. MESSENGER,**
*Petitioner.*

**v.**

**DEPARTMENT OF LABOR,**
*Respondent.*

---

2012-3016

---

Petition for review of the Merit Systems Protection Board in No. DC352C080748-A-1.

---

**JUDGMENT**

---

PETER B. BROIDA, of Arlington, Virginia, argued for petitioner.

RENEE GERBER, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and HAROLD D. LESTER, JR., Assistant Director.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| June 13, 2012 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |